# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **TAVERN DOWNING, SR,**  *Plaintiff,*  v.  **JESSE THOMPSON,** *et al.*,  *Defendants.* | **CIVIL ACTION NO.**  **5:24-cv-00277-TES** |

## ORDER

On December 3, 2024, the Court issued an Order [Doc. 34] that, among other things, dismissed Defendant Pacific and Southern LLC, d/b/a 13 WMAZ TV ("WMAZ") for lack of service under Federal Rule of Civil Procedure 4(m). Following that Order, on November 4, 2024, WMAZ filed a Motion to Dismiss [Doc. 37], in which it acknowledged "[a]lthough Plaintiff[] did not file a proof of service with the Court, WMAZ was served with the Summons and Complaint on November 13, 2024." [Doc. 37, p. 2]. Therefore, the Court **VACATES** its Order [Doc. 34] **insofar as it relates to** Defendant WMAZ and **DIRECTS** the Clerk to **ADD** Pacific and Southern LLC, d/b/a 13 WMAZ TV as an active party in this action.

As permitted by Local Rule 7.2, Plaintiff shall have 21 days from the date of WMAZ's Motion to Dismiss to file any response.

[*signature and date on following page*]

**SO ORDERED**, this 5th day of December, 2024.

                                           S/ Tilman E. Self, III
                                           **TILMAN E. SELF, III, JUDGE**
                                           **UNITED STATES DISTRICT COURT**