IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TAVERN DOWNING, SR., et al, | * |
| Plaintiffs, | * |
| v. | Case No. 5:24-cv-00277-TES |
| | * |
| JESSE THOMPSON, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 3, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 3rd day of January, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk